## 57128. STILLWELL v. THE STATE.

QUILLIAN, Presiding Judge.
The defendant appeals a manslaughter conviction entered upon his plea of guilty. After a thorough examination of the record we find no reversible error.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

SUBMITTED JANUARY 16, 1979 — DECIDED FEBRUARY 9, 1979.

Frank Stillwell, *pro se.*
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.